**Gene H. RHODES, Plaintiff–Appellant,**

v.

**Carlos M. GUTIERREZ, Secretary of Commerce, Defendant–Appellee.**

No. 07–1558.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2008.

Decided: April 28, 2008.

Michele S. Bellizaire, Woodbridge, Virginia, for Appellant. Chuck Rosenberg, United States Attorney, Ralph Andrew Price Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

PER CURIAM:

Gene H. Rhodes appeals from the district court's order granting summary judgment in favor of his former employer on his complaint alleging age discrimination. We have reviewed the record included on appeal and the parties' briefs and have found no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Rhodes v. Gutierrez,* No. 1:06–cv–00711–TSE (E.D. Va. filed May

11, 2007; entered May 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*